UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICENTE ANTONIO LOPEZ, | No. 2:25-cv-03174-DJC-CKD |
| Petitioner, | |
| v. | ORDER |
| TODD LYONS, et al., | |
| Respondents. | |

On November 7, 2025, the Court granted Petitioner's Motion for Temporary Restraining Order and directed Respondents to release Petitioner from their custody. (ECF No. 8.)  The Court also ordered Petitioner to file a Motion for Preliminary Injunction.  (*See id.*)  Petitioner filed that motion on November 11, 2025.  (ECF No. 9.)  On November 21, 2025, Respondents filed a Statement of Non-Opposition to the Court granting Petitioner's Motion for Preliminary Injunction.  (ECF No. 11.)

In light of Respondents' non-opposition and for the reasons discussed in the Court's order granting a temporary restraining order (*see* ECF No. 8), IT IS HEREBY ORDERED that:

1. Petitioner's Motion for Preliminary Injunction (ECF No. 9) is GRANTED.
2. Having released Petitioner as required by the Temporary Restraining Order, Respondents shall not impose any additional restrictions on him,

1

such as electronic monitoring, unless that is determined to be necessary at a future pre-deprivation/custody hearing.

3. Respondents are ENJOINED AND RESTRAINED from re-arresting or re-detaining Petitioner absent compliance with constitutional protections, which include, at a minimum, pre-deprivation notice – describing the change of circumstances necessitating his arrest – and detention, and a timely hearing.  At any such hearing, the Government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and Petitioner shall be allowed to have his counsel present.

4. This Order shall remain in effect until the resolution of this action or until otherwise ordered by the Court.

5. The Order to Show Cause issued November 18, 2205 (ECF No. 10) is DISCHARGED.

6. This matter is referred to the assigned Magistrate Judge for all further pre-trial proceedings.

IT IS SO ORDERED.

Dated:   **December 2, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2